IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY JOHN SNYDER JR,<br><br>  Plaintiff,<br><br>vs.<br><br>DAKOTA CITY CORRECTIONAL FACILITY,<br><br>  Defendant. | 8:24CV435<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on correspondence from Plaintiff, which the Court construes as a motion for status. Filing No. 16. Plaintiff inquires whether the Court has received all the evidence and exhibits he has sent regarding his case. Upon consideration, Plaintiff's motion for status is granted and this order serves to advise Plaintiff of the status of his case.

Specifically, Plaintiff is advised that the Court received and filed what the Court construes as his supplemental documents in support of his Complaint on December 9, 2024, and January 27, January 31, February 10, and March 10, 2025. Filing Nos. 10, 12, 13, 14, & 15. With the addition of the supplemental materials included with his motion for status, Filing No. 16, Plaintiff has submitted a total of 133 pages of supplemental documents. The Court will consider these materials when conducting the initial review of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A. The Court will conduct this initial review in its normal course of business.

However, the Court notes that Plaintiff's repeated filing of supplementary materials may frustrate the Court's ability to discern and review the claims Plaintiff seeks to raise in this matter. This case is at the

pleading stage and Plaintiff does not need to submit evidence to prove his claims; all the Court needs to determine at this stage is whether the facts Plaintiff alleges in his Complaint state a plausible claim upon which relief may be granted. Thus, the Court asks Plaintiff to refrain from further piecemeal filing of supplemental materials in this case.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for status, Filing No. 16, is granted as set forth in this Memorandum and Order.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 15th day of April, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge